# United States District Court
# For The Western District of North Carolina
# Statesville Division

T. I., a/k/a
LAWRENCE LEE ASH,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                      5:12CV32

VERIZON MOBILE PHONES,
BRELA ANOSAR, T. I. THE KING
(THE RAPPER),

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 18, 2012 Order.

                                       Signed: May 18, 2012

                                       Frank G. Johns, Clerk
                                       United States District Court